# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUDSON,<br><br>        Petitioner,<br><br>    v.<br><br>C PFEIFFER,<br><br>        Respondent. | Case No. 2:23-cv-01700-SVW-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Petitioner filed an Objection to the Report and Recommendation and the Court has reviewed the Objection.  However, the Objection does not cause the Court to alter its decision to accept and adopt the Report and Recommendation.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

\\

\\

\\

1   IT IS ORDERED that the First Amended Petition is DENIED.

2   IT IS FURTHER ORDERED that this action be dismissed WITH PREJUDICE.

3   LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 1, 2024

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2